87 N. J. L. Savage v. Stover.

PER CURIAM.

---

ALBERT E. SAVAGE, PLAINTIFF-RESPONDENT, v. EDWARD STOVER, DEFENDANT-APPELLANT.

Submitted March 22, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 N. J. L. 478.

For the appellant, *John D. Pierson.*

For the respondent, *Charles H. Burtis.*

PER CURIAM.

The judgment under review in this case will be affirmed, for the reasons given by the Supreme Court in its opinion, except as to the observation, to the effect that in law there can be no identity as between an individual and a corporation. Upon the proposition thus generally stated we express no opinion.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.